**Opinion filed March 28, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00067-CV

_____

## MARTIN MINJAREZ JR., Appellant

## V.

## LARISSA ANAI MINJAREZ, Appellee

**On Appeal from the 318th District Court**
**Midland County, Texas**
**Trial Court Cause No. FM54134**

## M E M O R A N D U M   O P I N I O N

Martin Minjarez Jr., the pro se appellant in this case, has filed in this court a motion for voluntary dismissal pursuant to TEX. R. APP. P. 42.1(a)(1). In the motion, entitled "NOTICE OF APPEAL WITHDRAWAL BY APPELLANT," Appellant requests that his "appeal be withdrawn from the docket." Therefore, in accordance with Appellant's request, we dismiss the appeal.

The motion is granted, and the appeal is dismissed.

PER CURIAM

March 28, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.